

299 Broadway
17th Floor
New York, NY 10007
(212) 233-3900
evan@brusteinlaw.com
www.brusteinlaw.com

November 1, 2022

**VIA: ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Zwolinski v. Liberty Behavioral Management, Inc., et al., 21-CV-10760 (JLR)

Dear Judge Rochon:

My firm Brustein Law PLLC, along with Risman & Risman, P.C., represent Plaintiff Richard Zwolinski ("Plaintiff") in the above matter. In that capacity, I write, with the consent of defense counsel, Jonathan Kozak, Esq., to respectfully request an adjournment *sine die* of the Initial Conference, currently scheduled for tomorrow, November 2, 2022 at 9:30 a.m. The reason for this request is that my firm along with Risman & Risman, P.C. have just been retained by Plaintiff and are both getting up to speed on the matter and discussing with defense counsel the possibility of mediating this matter.

Accordingly, Plaintiff respectfully requests that the Initial Conference be adjourned *sine die*, and the parties be given until November 8, 2022 to submit a status report either requesting additional time to complete the mediation or for the Court to schedule an Initial Conference. The undersigned believes that this brief adjournment will enable counsel for the parties to discuss the best way to proceed with this matter.

Plaintiff thanks the Court for its consideration herein.

Respectfully submitted,

/s/

Evan Brustein

*Attorney for Plaintiff*

cc:   All counsel of record (via ECF)

The request to adjourn the November 1, 2022 Conference is GRANTED.  The parties shall file a joint status report of no more than three (3) pages by **November 8, 2022**.

Dated: November 1, 2022
      New York, New York

SO ORDERED

_____
JENNIFER L. ROCHON
United States District Judge